**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**WILLIAM FERREIRA,**

**Debtor.**
_______________________________/

**Case No. 16-18601-BKC-LMI**
Chapter 7

## JOINT MOTION TO COMPROMISE CONTROVERSY

**Any interested party who fails to file and serve a written response to this motion within calendar 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

Barry E. Mukamal, Trustee, and William Ferreira (“Debtor") file this Motion to Compromise Controversy and in support thereof states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on June 16, 2016. Shortly thereafter, Barry E. Mukamal ("Trustee") was appointed as the Chapter 7 Trustee.

2. The Trustee and the Debtor enter into this agreement ("Stipulation") for settlement of the controversy regarding disposition of cash withdrawals totaling $30,311.42 in the eight (8) months prior to filing.

3. Based on review of documents provided and other relevant information, the Trustee asserts that the Debtor has not satisfactorily accounted for the cash withdrawals.

4. The Debtor disputed certain aspects of the Trustee’s analysis.

5. The parties have successfully negotiated a reduced settlement.

6. The Debtor agrees to pay, and the Trustee agrees to accept, the total sum of **$10,000 ("Settlement Amount")**, payable on or before December 31, 2016, as full and final settlement.

7. Payment shall be in the form of money orders or cashier's checks made payable to Barry E. Mukamal, Trustee for Case #**16-18601** and mailed to 1 SE 3rd Ave, Box 158, Miami, FL 33131.

8. In the event of default, the Trustee will notify Debtor's attorney, Robert Sanchez, Esq. of said default, by email transmission (jblanco@bankruptcyclinic.com). If said default is not cured within five (5) days of the notice of default, the Trustee may proceed as set forth herein.

9. If the Debtor fails to make any of the aforesaid payment within five (5) days from the date of the default notice, the total value of the withdrawals in the amount of $30,311.42 shall be immediately due to the Trustee. In addition, the Debtor consents to the entry of an *ex-parte* order requiring immediate turnover of $30,311.42 and to any further relief the Court may grant the Trustee in order to effectuate possession of same; including but not limited to attorney's fees and costs and interest, which shall accrue at the statutory rate.

10. Should the Debtor fail to comply with the Bankruptcy Court's Order approving the settlement stated herein, the Trustee shall file a Notice of Default and request entry of an Order revoking Debtor's discharge as provided by 11 U.S.C. § 727. Pursuant to the terms set forth in this Stipulation, the Debtor agrees that the Trustee may seek revocation of the discharge via hearing on a Motion to Revoke Discharge and waives the procedural requirement of an adversary proceeding. No discharge shall be revoked without a hearing.

11. This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, modified or supplemented except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought, a waiver by a party of any breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

12. The Trustee recommends approval of this settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the estate because full settlement precludes any risks associated with litigation in this matter, increases the dividend available to creditors and allows for a distribution of sums and proceeds within a reasonable time.

13. Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit "A".

**WHEREFORE,** Barry E. Mukamal, Trustee, respectfully requests this Court enter an Order Approving this Motion to Compromise Controversy, and grant such other and further relief as the Court may deem just and proper.

Dated: 9/30/16

Barry E. Mukamal
Chapter 7 Trustee
1 SE 3 Ave, Box 158
Miami, FL 33131
Telephone: (305) 995-9798

Dated: 9/30/16

Robert Sanchez, Esq.
Debtor's Counsel
355 W 49 St
Hialeah, FL 33012
Telephone: (305) 687-8008

X

William Ferreira
Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**WILLIAM FERREIRA,** **Case No. 16-18601-BKC-LMI**
Chapter 7

**Debtor.**
______________________________/

**ORDER APPROVING MOTION TO COMPROMISE CONTROVERSY**

**THIS CAUSE** came before the Court on the Joint Motion to Compromise Controversy ("Motion") of Barry E. Mukamal, Chapter 7 Trustee, and this Court having reviewed the Motion and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion; and any other applicable notice requirement, it is

**ORDERED** that said Motion is **GRANTED**.

1. The Debtor, William Ferreira, shall pay to the Trustee the total sum of $10,000 ("Settlement Amount"), for full and final settlement of the controversy regarding disposition of cash withdrawals made in the eight (8) months prior to filing.

2. The parties agree to the payment terms outlined in the Motion.

3. In the event the Debtor fails to make the settlement payment on a timely basis, the Trustee has the right to proceed against any and all assets of the Debtor including, but not limited to, the property the Debtor claimed as exempt and for the total amount due and owing as set forth herein. In addition, the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorney's fees and costs. Further, the Trustee shall file a Motion to Revoke Debtor's Discharge. However, no discharge shall be revoked without a hearing.

4. The Court incorporates all of the terms of the Joint Motion to Compromise Controversy and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
One SE Third Avenue, Box 158
Miami, FL 33131
Telephone: (786) 517-5760

Copies furnished to:
Barry E. Mukamal, Trustee
Trustee Mukamal is instructed to serve this Order on all interested parties and file a Certificate of Service.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and (ii) via U.S. Mail on all parties listed below on this October 3, 2016.

__/s/ Jazmin Padilla__
Jazmin Padilla for Barry E. Mukamal, Trustee

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING, TX 75016-8088

American Medical Supplies
8361 NW 36th Street
Miami, FL 33166-6615

American Medical Supplies and Equip, Inc
8361 NW 36 Street
Miami, FL 33166-6615

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Associated Credit Services
POB 5171
Westborough, MA 01581-5171

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583-4213

Bk Of Amer
Po Box 45144
Jacksonville, FL 32232-5144

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Brown & Joseph, LTD
POB 59838
Schaumburg, IL 60159-0838

Bureau of Radiation Control
705 Wells Road
Orange Park, FL 32073-2982

Cap1/Sony
90 Christiana Road
New Castle, DE 19720-3118

Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230-3200

Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Chase Auto
Po Box 901003
Ft Worth, TX 76101-2003

Chase Auto Finance Luella Sutton JPMorgan Ch
201 N Central Ave
Phoenix, AZ 85004-0073

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citibank, N.A.
c/o Zakheim & Associates, P.A.
1045 S University Drive
Plantation, FL 33324-3333

Comenity Bank/Express
4590 E Broad St
Columbus, OH 43213-1301

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Department of Public Works - Hialeah
3700 W 4th Avenue
Hialeah, FL 33012-4298

Diagnostic Physics
1290 Blossom Drive
Victor, NY 14564-1416

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Dyck-O'Neal, Inc.
c/o Daniel C Consuegra, Esq.
9204 King Palm Drive
Tampa, FL 33619-1328

Florida Health
1725 NW 167th Street
Miami Gardens, FL 33056-4956

Ford Credit
Po Box Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company LLC
c/o Gerard M. Kouri, Jr., Esq.
5311 King Arthur Avenue
Davie, FL 33331-3340

Health Net Data Link, Inc.
3114 Commerce Parkway
Miramar, FL 33025-3943

Healthnet Data Link
3114 Commerce Parkway
Hollywood, FL 33025-3943

Jpm Chase
Po Box 24696
Columbus, OH 43224-0696

LTD Financial Services, L.P.
7322 SW Freeway
Suite 1600
Houston, TX 77074-2134

Landauer
2 Science Road
Glenwood, IL 60425-1586

Landauer
2 Slience Road
Glenwood, IL 60425-1586

Law Office of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-8331

Lisa Fried Greenberg, Esq.
POB 9320
Baldwin, NY 11510-9320

Marcadis Singer PA
5104 South Westshore Boulevard
Tampa, FL 33611-5650

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054-1201

Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331-3552

McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146-1807

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Miami Dade DERM
POB 863532
Orlando, FL 32886-3532

Miami Dade DERM Permit Renewal
POB 863532
Orlando, FL 32886-3532

Miami Dade Tax Collector
200 NW 2nd Avenue
Miami, FL 33128-1735

Sage Capital Recovery
1040 King Highway North
Cherry Hill, NJ 08034-1908

Security Premium Finance, Inc.
POB 441733
Miami, FL 33144-1733

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bank
7455 Chancellor Drive
Orlando, FL 32809-6213

Suntrust Bank
c/o Marcadis Singer, P.A.
5104 S Westshore Boulevard
Tampa, FL 33611-5650

Suntrust Bk Miami Na
Po Box 524203
Miami, FL 33152-4203

Suntrust Bk S Fl Na
1501 Ne 26th St
Wilton Manors, FL 33305-1323

Syncb/Banana Rep
Po Box 965005
Orlando, FL 32896-5005

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896-5036

Syncb/Chevron
Po Box 965015
Orlando, FL 32896-5015

Syncb/Jcp
Po Box 965007
Orlando, FL 32896-5007

The Home Depot
Processing Center
Des Moines, IA 50364-0050

Upstate Diagnostic Physics, Inc.
1290 Blossom Drive
Victor, NY 14564-1416

Wells Fargo Bank
P.O. BOX 29482
Phoenix, AZ 85038-9482

West Lakes Estates HOA
c/o Sunshine Management Services, LLC
POB 160070
Hialeah, FL 33016-0002

Wfds
Po Box 1697
Winterville, NC 28590-1697

William Ferreira
17445 NW 91st Court
Hialeah, FL 33018-6800

Zakheim & LaVrar
1045 South University Drive
Suite 202
Fort Lauderdale, FL 33324-3333